UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| DONNA FISHLEY, | ) |
|     Plaintiff, | ) |
| v. | )    No. 2:16-CV-317 |
| NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security, | ) |
|     Defendant. | ) |

## ORDER

This Social Security matter is before the Court to consider the Amended Report and Recommendation of the United States Magistrate Judge dated March 9, 2018, [Doc. 23]. In that Report and Recommendation, the Magistrate Judge recommends that the plaintiff's motion for judgment on the pleadings, [Doc. 15], be denied, and defendant's motion for summary judgment, [Doc. 19], be granted. No objections to the Amended Report and Recommendation have been filed, and the time for filing any objections has passed. Thus, after careful consideration of the record as a whole, including the Administrative Transcript, and after careful consideration of the Amended Report and Recommendation of the United States Magistrate Judge, and for the reasons set out in that Amended Report and Recommendation which are incorporated by reference herein, it is hereby **ORDERED** that this Amended Report and Recommendation is **ADOPTED** and **APPROVED** and the plaintiff's motion for judgment on the pleadings, [Doc. 15], is **DENIED** and the defendant's motion for summary judgment, [Doc. 19], is **GRANTED**.

ENTER:

                                                                                     s/J. RONNIE GREER
                                                         UNITED STATES DISTRICT JUDGE